**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed March 26, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00780-CV

**ARPAN GUPTA, Appellant**

**V.**

**MONICA PATEL, Appellee**

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2017-54171**

## MEMORANDUM OPINION

This appeal is from a judgment signed July 25, 2022. On March 19, 2024, appellant filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.